AO 450 (Rev. 01/09)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Tiffany Sigler
*Plaintiff*
v.                                         Civil Action No.    3:20-02203-JMC-SVH

Black River Electric Cooperative, Inc.
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendant as to the second cause of action for defamation and this claim is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having accepted the Report and Recommendation of Magistrate Judge Shiva V. Hodges granting defendant's motion to dismiss as to Plaintiff's second cause of action for defamation.

Date: March 24, 2021

*CLERK OF COURT*

s/Angie Snipes
*Signature of Clerk or Deputy Clerk*